DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAZARO LEGORBURGO** and **ALIETTE FERNANDEZ**,
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION**,
Appellee.

No. 4D23-455

[July 5, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE22010527.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellants.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, for appellee.

### *ON CONFESSION OF ERROR*

We accept Appellee's confession of error. The January 24, 2023 order compelling appraisal is reversed and remanded for further proceedings.

*Reversed and remanded.*

DAMOORGIAN, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***